# SUBEDI v. MERCHANT
# Case No. 09 C 4525

# Plaintiff's Memorandum of Law in
# Support of Their Motion for Class Certification

# EXHIBIT 2

| Last Name | First Name |
|---|---|
| Subedi | Ramhari |
| Adhikari | Dhruba |
| Pandey | Mahendra |
| Nyaupane | Ramchandra |
| Dhakal | Raju |
| Adhikari | Bishow |
| Lamichhane | Krishnamani |
| Timilsina | Madhav |
| Lamichhane | Sudhir |
| Bhandari | Shovakhar |
| Sapkota | Moti |
| Dhakal | Tirtha |
| K.C. | Binod |
| Palli Magar | Dan |
| Marasini | Dharma |
| Kandel | Purushotam |
| Agasti | Sundar |
| Neupane | Yogendra |
| Gaire | Tulasi |
| Lamsal | Prakash |
| Khanal | Gyneshwor |
| Kafle | Kamal |
| Adhikari | Jhabi |
| Pokhrel | Sanjaya |
| Pokhrel | Binod |
| Gaire | Shobha |
| Bhattarai | Pashupati |
| Ale | Nirmal |
| Dhakal | Arjun |
| Shrestha | Manoj |
| Kandel | Bijaya |
| Bastakoti | Nirmal |
| Rimal | Kamal |
| Bhusal | Mohan |
| Dhakal | Rom |
| Gaire | Dasu |
| Aryal (Jaisi) | Chet |
| Pandey | Hari |
| Sapkota | Sagar |
| Sapkota | Shashi |
| Dharel | Balaram |
| Pandey( Acharya ) | Tulasi |
| Thapaliya | Keshab |
| Karki | Samir |
| Aryal | Krishna |
| Subedi | Govinda |
| Thapa Chhetri | Shyam |
| Gaire | Churamani |
| Poudel | Saroj |
| Poudel | Minu |
| Danai | Thakur |

| | |
|---|---|
| Gaire | Anirudra |
| Pandey | Rajan |
| Bhattarai | Mohan |
| Bhatarai | Tika |
| Sapkota | Bidhan |
| Lamichhane | Bishnu |
| Gurung | Bishnu |
| Serchan | Bishnu |
| Khattri | Chandra |
| Belbase | Chhabi |
| Shrestha | Suman |
| Lamichhane | Dip |
| Acharya | Govinda |
| Shrestha | Hari |
| Ligal | Ishwor |
| Gurung | Kamala |
| Pokhrel | Khum |
| Acharya | Umakanta |
| Belbase | Narayan |
| Tulachan | Santosh |
| Aryal | Santosh |
| Tulachan | Sujata |
| Singh | Sujina |
| Lamichhane | Suraj |
| Dahal | Tek |
| pahari | Bishnu |
| paudel | Krishna |
| Baral | Narayan |
| K.C. | Raju |
| Shrestha | Jeevan |
| Chapagain | Tulasi |
| Tripathi | Thakur |
| Acharya | Shree |
| Gaire | Ramji |
| Basnet | Narandra |
| Pathak | Drona |
| Sapkota | Krishna |
| Pandey | Rajendra |
| Sapkota | Bhagi |
| Pandey | Prem |
| Tamang | Raj |
| Baruwal Chhetri | Krishna |
| Tamang | Sangit |
| Ghimire | Jyotindra |
| Sapkota | Chiranjibi |
| Subedi | Nirajan |
| Gyawali | Kamal |
| Thapa | Ananda |
| Baral | Shovakar |
| Ghimire | Sanjeev |
| Sharma | Dila |
| Dahal | Santosh |

| | |
|---|---|
| Baral | Rajendra |
| Rijal | Shalik |
| Dhakal | Madhab |
| Pakhrin Tamang | Iman |
| Ghimire | Sudip |
| Poudel | Tirtha |
| Dhakal | Laba |
| Neupane | Yogendra |
| Gaire | Tulasi |
| Gurung | Khem Kumari |
| Garbuja Pun | Gau Devi |
| Khand | Ranu |
| Garbuja Pun | Ganga Devi |
| Shakya | Rashmi |
| Maharjan | Saraswati |
| Maharjan | Renuka |
| Bhansari | Rakesh |
| Maharjan | Milan Man |
| Lama | Ajaya |
| Lama | Sanjay |
| Lama Tamang | Surya Bahadur |
| Gurung | Chok Bahadur |
| Dhungana | Prakash |
| Gurung | Nor Prasad |
| Joshi | Amit |
| Lama | Raj Kumar |
| Pun | Prith Bahadur |
| Sherpa | Pema Dolma |
| Gurung | Rajani |
| Shrestha | Phurba |
| Maharjan | Rabina |
| Lama | Rajendra |
| Pradhan | Vim Man |
| Rana | Kumari |
| Shrestha | Nabina |
| Luitel | Sushil |
| Maharjan | Samundra |
| Thakali | Cristina |
| Rajak | Rajan |
| Ghimire | Mahendra |
| Acharya | Deepak Prasad |
| Bhomjan | Gyan Kumar |
| Adhikari | Ram Chandra |
| Tamang | Husina |
| Maharjan | Sabin |
| Purja Pun | Keshar Bahadur |
| Pun | Som Bahadur |
| Aryal | Bishnu Prasad |
| Pun | Krishna |
| Baniya | Amrit |
| Thapa | Kamal |
| Thapa | Hem Bahadur |

| | |
|---|---|
| Subedi | Sudeep |
| Shrestha | Rameshwor |
| Lama | Bijaya |
| Gurung | Chandra Kumari |
| Lama | Madan Kumar |
| Tamang | Rajendra |
| Munikar | Mahendra |
| Kapri | Rishi Ram |
| Lama | Tek |
| de Leon | Lot |