**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RAMHARI SUBEDI and ANIRUDRA GAIRE, individually and on behalf of all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LOUISE MERCHANT; INTERNATIONAL )<br>H-2B/J-1 WORK & TRAVEL USA )<br>CORPORATION; IWT INTERNATIONAL, INC.; )<br>And IWT STAFFING, INC., )<br>)<br>Defendants. ) | Case No. 09 C 4525<br><br>Judge St. Eve |

## JUDGMENT ORDER

This matter coming before the Court for entry of default judgment and prove-up, the Court having considered the papers submitted to the Court and proceedings to date, **IT IS HEREBY ORDERED AS FOLLOWS**:

      1.    That judgment, based on a finding of fraud by Defendants, is entered on Count III of the Complaint [DE 1] in favor of Plaintiffs Ramhari Subedi and Anirudra Gaire and the Class (as defined in DE 32) and against Louise Merchant a/k/a Louise Charles; International H-2B/J-1 Work & Travel USA, Corporation; IWT International, Inc.; and IWT Staffing, Inc., jointly and severally, in the amount of $533,128.86 (comprised of $106,400 in compensatory damages; $425,600 in punitive damages; and $1,128.86 in costs);

      2.    That judgment is entered in favor of Plaintiff Ramhari Subedi and against Louise Merchant a/k/a Louise Charles; International H-2B/J-1 Work & Travel USA, Corporation; IWT International, Inc.; and IWT Staffing, Inc., jointly and severally, in the amount of $1,000 as an incentive award for efforts as class representative;

3. That judgment is entered in favor of Plaintiff Anirudra Gaire and against Louise Merchant a/k/a Louise Charles; International H-2B/J-1 Work & Travel USA, Corporation; IWT International, Inc.; and IWT Staffing, Inc., jointly and severally, in the amount of $1,000 as an incentive award for efforts as class representative;

4. That judgment is entered in favor of Plaintiffs Ramhari Subedi and Anirudra Gaire and the Class (as defined in DE 32) and against Louise Merchant a/k/a Louise Charles; International H-2B/J-1 Work & Travel USA, Corporation; IWT International, Inc.; and IWT Staffing, Inc., jointly and severally, in the amount of $60,738, which is an award of attorneys' fees that the Court finds to be fair and reasonable after reviewed fee records of Class Counsel;

5. That Counts I, II, IV, V and VI are voluntarily dismissed as being subsumed in the above judgments, but Plaintiffs may reinstate those claims if the above judgments are vacated or modified in any manner.

Dated: November 23, 2010

_____
AMY J. STEVE
United States District Court Judge

2